| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T. | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>05/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>221 West Broadway<br>San Diego, California 92101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Thomas Jefferson School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | California State Teachers Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Benitez, Roger T.** | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Chase Morgan Mortgage | Mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Parcel 4 Salton City, Ca | | None | J | W | | | | | |
| 2. Parcel 5 San Diego, CA | E | Rent | N | W | | | | | |
| 3. Note (X)- Steve and Anna Seibert | E | Interest | M | T | | | | | |
| 4. Northern Life Annuity/ING now VOYA TSA group1 | B | Interest | L | T | | | | | |
| 5. Brokerage account-- MSSB--- (H)---- | | | | | | | | | |
| 6. investment account- Morgan Stanley Private Bank | A | Interest | M | T | | | | | |
| 7. Citibank- Bank Deposit Program | A | Interest | K | T | | | | | |
| 8. Automatic Data Processing ADP-common stock | A | Dividend | | | Sold | 08/24/15 | K | D | |
| 9. Berkshire Hathaway B-BRKB-common stock | | None | | | Sold | 08/24/15 | K | D | |
| 10. General Electric- GE-common stock | A | Dividend | | | Sold | 08/24/15 | K | A | |
| 11. Duke Energy DUK-FKA Progress Energy- common stock | A | Dividend | | | Sold | 12/03/15 | K | B | |
| 12. At&t (T) | A | Dividend | J | T | | | | | |
| 13. Annaly Capital --NLY | A | Dividend | J | T | | | | | |
| 14. Apple-common stock-AAPL | A | Dividend | | | Sold | 08/24/15 | K | E | |
| 15. | | | J | T | Buy | 12/15/15 | J | | |
| 16. Royal Bank os Scotland-Preferred Stock- RBSM | A | Dividend | | | Redeemed | 09/01/15 | J | B | |
| 17. Qwest Corp Preferential Rate- preferred stock-cty | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Motors Corporation --common stock GM | A | Dividend | | | Sold | 06/29/15 | J | A | |
| 19. Blackberry Limited---common stock BBRy | | None | | | Sold | 03/30/15 | J | A | |
| 20. Walt Disney Holding Company--common stock DIS | A | Dividend | | | Sold | 08/25/15 | J | B | |
| 21. Whole Foods Markets--common stock WFM | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 22. Facebook Inc CLA--common stock FB | | None | | | Sold | 08/24/15 | J | A | |
| 23. Google Inc CLC--common stock GOOGname change Alphabet Inc | | None | K | T | | | | | |
| 24. Baker Hughes Corp- common stock BHI | A | Dividend | | | Buy | 01/05/15 | J | | |
| 25. | | | | | Sold | 07/22/15 | J | A | |
| 26. Haliburton Co. common stock HAL | A | Dividend | | | Buy | 01/05/15 | J | | |
| 27. | | | | | Sold | 08/21/15 | J | A | |
| 28. Qualcom Inc. common stock QCOM | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 29. Dow Chemical common stock DOW | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 30. Fitbit Inc. common stock FIT | | None | J | T | Buy | 08/19/15 | J | | |
| 31. Brokerage account-- (H) E-Trade | | | | | | | | | |
| 32. Extended insurance sweep deposit account (X) | A | None | J | T | | | | | |
| 33. Linn Energy LLC-- LINE (Y) | | | | | | | | | |
| 34. Stag Industrial --(STAG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Strategic Fund Income Class A-- (COSIX) | A | Dividend | | | Sold | 03/13/15 | J | B | |
| 36. Miller Energy Resources-- Fixed SER D-- MILL | B | Dividend | J | T | | | | | |
| 37. Orchid Island Capital Inc.--common stock--- ORC | B | Dividend | J | T | | | | | |
| 38. SPDR Gold Trust--GLD-- --common | | None | J | T | | | | | |
| 39. | | | | | Sold | 03/05/15 | J | A | |
| 40. | | | | | Buy | 04/29/15 | J | | |
| 41. | | | | | Sold | 06/24/15 | J | A | |
| 42. | | None | J | T | Buy | 10/26/15 | J | | |
| 43. Facebook-common stock--FB | | None | | | Sold | 07/06/15 | J | A | |
| 44. Continental Resources---common CLR | | None | | | Sold | 03/13/15 | J | A | |
| 45. Walmart Corp- common stock WMT | A | Dividend | J | T | Buy | 10/26/15 | J | | |
| 46. Amirin Pharmaceutical common stock AMRN | | None | J | T | Buy | 02/08/15 | J | | |
| 47. | | | | | Sold | 02/26/15 | J | A | |
| 48. | | | | | Buy | 03/10/15 | J | | |
| 49. | | | | | Sold | 03/16/15 | J | A | |
| 50. | | | | | Buy | 03/24/15 | J | | |
| 51. Whole Foods---common stock-WFM | | None | | | Buy | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 03/03/15 | J | A | |
| 53. Chevron Corporation -common stock- CVX | A | Dividend | J | T | Buy | 06/16/15 | J | | |
| 54. | | | | | Sold | 07/06/15 | J | A | |
| 55. | | | | | Buy | 07/28/15 | J | | |
| 56. | | | | | Sold (part) | 08/13/15 | J | A | |
| 57. | | | | | Buy | 09/02/15 | J | | |
| 58. Valero Oil Partners--common stock--elro | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 59. North American Resources-- common stock--IGE | | None | | | Buy | 06/26/15 | J | | |
| 60. | | | | | Sold | 09/02/15 | J | A | |
| 61. Esperion Therapeutics--common stock-- ESPR | | None | | | Buy | 03/19/15 | J | | |
| 62. | | | | | Sold | 03/20/15 | J | A | |
| 63. Valic---(H) | | | | | | | | | |
| 64. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 65. Valic Midcap Strat. GR./Morgan Stanley | A | Dividend | J | T | | | | | |
| 66. AIG Valic Mid Cap Fund (Wellington) | A | Dividend | K | T | | | | | |
| 67. Valic Small Cap Special Value-Evergreen/ Putnam | A | Dividend | K | T | | | | | |
| 68. Valic International Small Cap Equity/ AIG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Washington Mutual-(now Chase Bank-) aggregate | B | Interest | N | T | | | | | |
| 70. San Diego County Credit Union aggregate | A | Interest | M | T | | | | | |
| 71. Bank of America aggregate | A | Interest | J | T | | | | | |
| 72. Brokerage Account Scottrade - (H) | | | | | | | | | |
| 73. American Airlines- common stock | | | | | Sold (part) | 03/20/15 | J | C | |
| 74. | | | | | Sold | 06/24/15 | J | C | |
| 75. SPDR Gold Trust- GLD | | None | J | T | Buy | 02/02/15 | J | | |
| 76. Chevron Corporation---common stock-- CVX | A | Dividend | | | Buy (add'l) | 02/04/15 | J | | |
| 77. | | | | | Sold | 07/06/15 | J | A | |
| 78. Facebook Inc-- CLA common stock FB | | None | | | Sold | 01/16/15 | J | A | |
| 79. Target Corporation --common stock TGT | | None | | | Sold | 02/03/15 | J | A | |
| 80. Amarin Pharmaceutical--common stock-- AMRN | | None | J | T | Buy | 02/06/15 | J | | |
| 81. Netflix--common stock--NFLX | | None | J | T | Buy | 08/18/15 | J | | |
| 82. General Lectric Company--common stock-- GE | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 83. General Motors Corporation--common stock--GM | A | Dividend | | | Buy | 03/18/15 | J | | |
| 84. | | | | | Sold | 07/06/15 | J | A | |
| 85. California State Employee 401K-Savings Plus MidCap Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Trust- - - (H) | | | | | | | | | |
| 87.   --Wells Fargo- aggregate | B | Interest | M | T | | | | | |
| 88.   --Parcel 6- San Diego, CA | E | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Benitez, Roger T.** | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 33 was intentionally left blank. I sold my stock in Linn Energy (LINE) in March of 2014 but I did not pick up the sale in last year's report. The value of the stock was more than $15,000 but less than $50,000. There was no gain on the sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544